**Order entered July 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00173-CR
No. 05-13-00174-CR
No. 05-13-00175-CR

**MICHAEL DAVID ORY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-82844-2011, 219-82846-2011, 219-82847-2011**

## ORDER

The Court **REINSTATES** these appeals.

On June 27, 2013, we ordered the trial court to make findings regarding why appellant's briefs had not been filed in these appeals, which are companion cases to the appeal in cause no. 05-13-00172-CR. The Court, however, had received on May 28, 2013, but not docketed the briefs. Therefore, findings are not necessary and we **VACATE** the June 27, 2013 order. The briefs received on May 28, 2013 are properly filed.

The State's brief is due in the above appeals and in cause no. 05-13-00172-CR within thirty days of the date of this order.

/s/     LANA MYERS
        JUSTICE